DISTRICT COURT OF TULSA COUNTY

STATE OF OKLAHOMA

DISTRICT COURT
FILED

SEP 1 1 2006

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

SUZANNE RUSSELL, GUARDIAN OF DONALD R. RUSSELL

Plaintiff(s)

Versus                                  No. CJ 2006 05692

J.P.MORGAN SECURITIES, INC., a subsidiary of

J.P.MORGAN SECURITIES HOLDINGS, LLC

Defendant(s)

DAVID PETERSON

DOCKETED
Answer due 10/2

## PETITION

Plaintiff is the duly appointed guardian of Donald R. Russell, an incapacitated person. Defendant is a fiduciary holding IRA assets for the Ward. Defendant had actual notice that a co-guardian of the Ward, Brenda Kennemer, was acting as such when said co-guardian, who is not dead by way of suicide, withdrew from said account some $158,850 with no proof of authority to do so from the District Court of Wagoner County. That with said knowledge Kennemer was acting as a guardian, Defendant breached its fiduciary duty as custodian of said IRA funds, for which Plaintiff prays judgment in excess of $10,000, interest pre-judgment, attorney fees, and the costs of this action.

Lawrence A. G. Johnson #4705
2535 East 21st Street
Tulsa, OK 74114
(918) 743-0459
FAX 744-6686
Attorney for Plaintiff
Lien Claimed

EXHIBIT A

# SUMMONS

## IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

Suzanne Russell, Odu
_____
Plaintiff(s)

vs. JP Morgan Securities
Inc.
_____
Defendant(s)

Case No. CJ-2006-05692

Attorney(s) for Plaintiff(s)
Name _____
Address  2535 E 21
             Tulsa OK 74114
Telephone _____

Mas Suzanne Russell
JP Morgan ~~Cl~~
~~Securities, Inc.~~

Appointed to serve. PSL # _____

To the ~~above-named Defendant(s)~~ Russell

Authorized by _____

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this **11** day of **Sep**, 20**06**.

Johnson
2535 E 21
Tulsa OK 74114 713 0459

Sally Howe Smith, Court Clerk

By _____, Deputy Court Clerk

(Seal)

This summons and order was served on _____.
                                              (date of service)

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.