IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SUZANNE RUSSELL, not individually, but as GUARDIAN of DONALD R. RUSSELL, an incapacitated person,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN SECURITIES, INC., a subsidiary of JPMORGAN SECURITIES HOLDINGS, LLC,<br><br>Defendant. | Case No. CJ-06-05692 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   THE ABOVE NAMED PLAINTIFF, AND SAID PLAINTIFFS ATTORNEY OF RECORD, LAWRENCE A.G. JOHNSON.

You, and each of you, will take notice, that on the 2nd day of October, 2006, the Defendant Chase Investment Services Corp., improperly named above, filed with the Clerk of the United States District Court for the Northern District of Oklahoma its Notice of Removal, together with copies of all process, pleadings and orders served upon it in the action pending against it in the District Court of Tulsa County, State of Oklahoma, being case number CJ-06-05692, styled, *Suzzane Russell, Guardian of Donald R. Russell, Plaintiff vs. J.P.Morgan Securities, Inc., a subsidiary of J.P.Morgan Securities Holdings, LLC, Defendant*, and that on the same date mailed to the Court Clerk of said state court for filing, a copy of said Notice of Removal.

7861.0087.pldg.state notice of filing notice of removal.wpd

**EXHIBIT B**

Dated this 27th day of September, 2006.

>Respectfully submitted,
>
>JONES, GOTCHER & BOGAN, P.C.
>
>BY: *(signature)*
>JAMES E. WEGER (OBA #9437)
>TADD J.P. BOGAN (OBA #20962)
>15 East 5th Street, Suite 3800
>Tulsa, Oklahoma 74103
>Telephone: (918) 581-8200
>Facsimile: (918) 583-1189

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 2nd day of October, 2006, a true and correct copy of the above and foregoing document was mailed, with proper postage affixed thereon, to:

Lawrence A.G. Johnson
2535 East 21st Street
Tulsa, OK 74114
*Attorney for Plaintiff*

>*(signature)*
>James E. Weger
>Tadd J.P. Bogan